IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Greensboro Division

| | |
|---|---|
| DIANE OLIVER and : | |
| CHAD MARTIN, : | |
| *on behalf of themselves and all similarly* : | |
| *situated individuals* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 1:14-cv-517 |
| : | |
| FIRSTPOINT, INC d/b/a : | |
| FIRSTPOINT INFORMATION RESOURCES : | |
| : | |
| Defendant. : | |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The Plaintiffs, by counsel, hereby submit this Opposition to Defendant Firstpoint, Inc.'s ("FirstPoint") Motion to Dismiss (Dkt. No. 10).

On June 24, 2014, Plaintiffs filed their Complaint against FirstPoint alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*. (Dkt No. 1). On August 18, 2014, FirstPoint filed a Motion to Dismiss (Dkt. No. 10) alleging that Plaintiffs' Complaint fails to allege a claim for relief for a number of reasons. Plaintiffs disagree with Defendant's arguments and believe that many of them are inappropriate at this posture. However, in the interests of judicial economy and to clarify their claims, Plaintiffs intend to file an Amended Complaint, which will render FirstPoint's motion moot.

## CONCLUSION

For the reasons stated above, FirstPoint's Motion to Dismiss should be denied as moot in light of Plaintiffs' amended complaint, which is forthcoming.

September 18, 2014

Respectfully submitted,
**PLAINTIFFS**

/s/ Leonard A. Bennett
Leonard A. Bennett (N.C. Bar No. 21576)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com
*Counsel for the Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2014, I electronically filed the foregoing document using the Court's CM/ECF system, which sent notification of such filing to:

Frederick T. Smith
N.C. Bar No. 45229
SEYFARTH SHAW LLP
6000 Fairview Road
Suite 1200
Charlotte, North Carolina 28211
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
E-mail: fsmith@seyfarth.com

Pamela Q. Devata
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603-5577
Telephone: (312) 460-5000
E-mail: pdevata@seyfarth.com

Esther Slater McDonald
Seyfarth Shaw LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
E-mail: emcdonald@seyfarth.com

/s/ Leonard A. Bennett
Leonard A. Bennett (N.C. Bar No. 21576)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com
*Counsel for the Plaintiffs*