IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
**Greensboro Division**

| | |
|---|---|
| DIANE OLIVER, *on behalf of herself and all similarly situated individuals,* | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 1:14-cv-517 : |
| FIRSTPOINT, INC., d/b/a FIRSTPOINT INFORMATION RESOURCES | : : : |
| Defendant. | : : |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEY'S FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARD**

Plaintiff, Diane Oliver, on behalf of herself and the Class Members, respectfully moves for final approval of the Class Settlement reached in this case for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,
**DIANE OLIVER**

           */s/ Leonard A. Bennett*           
Leonard A. Bennett, NC Bar No. 21576
Susan M. Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:    (757) 930-3660
Fax:    (757) 257-3450
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of April, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Frederick T. Smith
N.C. Bar No. 45229
SEYFARTH SHAW LLP
6000 Fairview Road
Suite 1200
Charlotte, North Carolina 28211
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
E-mail: fsmith@seyfarth.com

Pamela Q. Devata
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603-5577
Telephone: (312) 460-5000
E-mail: pdevata@seyfarth.com

Esther S. McDonald
Seyfarth Shaw LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
E-mail: emcdonald@seyfarth.com

*Counsel for the Defendant*

         */s/ Leonard A. Bennett*
Leonard A. Bennett, NC Bar No. 21576
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:    (757) 930-3660
Fax:   (757) 257-3450
Email: lenbennett@clalegal.com